THE PEOPLE *ex rel.* JOSEPH M. WOLFE, Petitioner-Appellant, *v.* TOM ISRAEL, Warden, Menard Branch Illinois Department of Corrections, Respondent-Appellee.

(No. 73-357;

Fifth District—June 12, 1975.

PER CURIAM.

Allen L. Wiederer, of State Appellate Defender's Office, of Chicago, for appellant.

Herbert J. Lantz, Jr., State's Attorney, of Chester (Bruce D. Irish, of Illinois State's Attorneys Association, of counsel), for appellee.